**Michael Lynn BROWN, Plaintiff— Appellant,**

v.

**Tracy S. RAY, Warden, Defendant— Appellee.**

No. 05–7823.

United States Court of Appeals, Fourth Circuit.

Submitted: March 23, 2006.

Decided: March 30, 2006.

Michael Lynn Brown, Appellant Pro Se.

Before WILKINSON, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael Lynn Brown seeks to appeal the district court's order construing his petitions for a writ of mandamus as a civil action pursuant to 42 U.S.C. § 1983 (2000), and dismissing Brown's action for failure to state a claim upon which relief could be granted. *See* 28 U.S.C. § 1915A(b)(1) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Brown v. Ray*, No. CA–05–657–7–JCT (W.D.Va. Nov. 14, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*